IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: KEITH DOUGLAS & MAUREEN VAN DYKE   )
                                          )
WELLS FARGO BANK, N.A.,                   )
            Creditor,                     )
     vs.                                  ) CASE NO. 08B19557
                                          ) JUDGE DONALD R. CASSLING
KEITH DOUGLAS & MAUREEN VAN DYKE,         )
            Debtor,                       )
                                          )

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Wells Fargo Bank, N.A., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The following is an itemization of fees and costs due on the loan as of September 27, 2013.

**The Loan is current**

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within twenty one days of this notice, Wells Fargo Bank, N.A. rights to collect these amounts will remain unaffected.

Respectfully Submitted,
Wells Fargo Bank, N.A.

/s/Christopher M. Brown
Christopher M. Brown
ARDC#6271138

Pierce and Associates, P.C.
1 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
(312)346-9088

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RE:  KEITH DOUGLAS & MAUREEN VAN DYKE   )
                                        )
Wells Fargo Bank, N.A.,                 )
            Creditor,                   )
      vs.                               )    CASE NO. 08B19557
                                        )    Judge DONALD R. CASSLING
KEITH DOUGLAS & MAUREEN VAN DYKE,       )
            Debtor(s),                  )

## CERTIFICATE OF SERVICE

TO:  SEE ATTACHED ADDRESSES

### CERTIFICATION

I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by Electronic Notice through ECF or depositing same at the U.S. Mail at 1 North Dearborn Street, 13th Floor, Chicago, IL 60602 at 5:00 p.m. on September 27, 2013, with proper postage prepaid.

/s/Christopher M. Brown
ARDC#6271138

**\*\*\*THESE DOCUMENTS ARE AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE\*\*\***

Pierce and Associates,
1 North Dearborn
13th Floor
Chicago, IL 60602

**SERVICE LIST**

To Trustee:
Glenn B. Stearns
801 Warrenville Rd
Suite 650
Lisle, Illinois 60532
**by Electronic Notice though ECF**


To Debtor:
KEITH DOUGLAS & MAUREEN VAN DYKE
901 Island Court
Bartlett, IL 60103
**by U.S. Mail**



To Attorney:
Peter Francis Geraci
55 East Monroe Street, Suite 3400
Chicago, Illinois 60603
**by Electronic Notice though ECF**




PIERCE & ASSOCIATES, P.C.
Attorneys for: Creditor
1 North Dearborn, Suite 1300
Chicago, Illinois 60602
(312) 346-9088



PA08-3109